### 17451. SHANNON *v.* MARTIN.

BROYLES, C. J. 1. "The provisions of the second paragraph of section 2 of the act of the General Assembly approved August 15, 1921 (Ga. L. 1921, p. 255), relating to the speed of motor-vehicles upon approaching or traversing intersecting highways, do not apply to intersecting streets of a city." *Shannon* v. *Martin,* 164 *Ga.* 872 (139 S. E. 671). In view of this decision, and upon request of counsel for the plaintiff in error, the case of *Faggart* v. *Rowe,* 33 *Ga. App.* 423 (126 S. E. 731), is reviewed, and any contrary ruling therein is hereby overruled. Under the above-stated ruling, the trial court's charge as set forth in the fifth ground of the amendment to the motion for a new trial was reversible error.

2. The remaining special grounds of the motion for a new trial show no error, and the general grounds of the motion are not passed upon.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 16, 1927.

Damages; from city court of Atlanta—Judge Reid. April 27, 1926.

*Jones, Evins, Moore & Powers,* for plaintiff in error.
*Hewlett & Dennis,* contra.

---

Motor Vehicles, 42 C. J. p. 617, n. 28; p. 629, n. 95.